UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In Re:  AARON MEREDITH                                        CASE NO:  1:19-MC-30

ORDER TO SHOW CAUSE

YOU, AARON MEREDITH, ARE ORDERED to appear before the Honorable Robert J. Jonker, Chief Judge, 110 Michigan NW, Room 699, Grand Rapids, Michigan, at 3:00 p.m. on Thursday, April 4, 2019, to show cause why you should not be held in contempt and sanctioned therefore for your failure to attend scheduled Grand Jury sessions.  Based on the Court's records, you have failed to appear for the December, January, February and March sessions of the Grand Jury, and have not been responsive to the Court's Jury Administrator's inquiries and entreaties.

Dated: March 21, 2019                        _____

Robert J. Jonker
Chief United States District Judge